**NOT DESIGNATED FOR PUBLICATION**

**STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT**

**04-1659**


**STATE OF LOUISIANA**

**VERSUS**

**JOSEPH AUGUSTINE**


**\*\*\*\*\*\*\*\*\*\*\*\***

APPEAL FROM THE
SIXTEENTH JUDICIAL DISTRICT COURT,
PARISH OF ST. MARTIN, NO. 03-226682,
HONORABLE KEITH J. COMEAUX, DISTRICT JUDGE

**\*\*\*\*\*\*\*\*\*\*\*\***

**JIMMIE C. PETERS
JUDGE**

**\*\*\*\*\*\*\*\*\*\*\*\***

Court composed of Jimmie C. Peters, Michael G. Sullivan, and Elizabeth A. Pickett, Judges.


**AFFIRMED.**

**Jeff Trosclair**
**Assistant District Attorney**
**Sixteenth Judicial District**
**500 Main Street**
**5th Floor Courthouse**
**Franklin, LA 70538**
**(337) 828-4100**
**COUNSEL FOR:**
    **State of Louisiana**

**G. Paul Marx**
**Louisiana Appellate Project**
**Post Office Box 82389**
**Lafayette, LA 70598**
**(337) 237-2537**
**COUNSEL DEFENDANT/APPELLANT:**
    **Joseph Augustine**